```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

LENELDON GALLOWAY                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 3:05CV601LS

STINGER WELLHEAD PROTECTION, INC.                          DEFENDANT

## JUDGMENT

Based on the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 10th day of July, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE